# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                                        Plaintiff,

v.                                         Case No.:
                                            1:18−cv−03930

                                            Honorable Mary M.
                                            Rowland

Rock−It Interiors, Inc.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 2, 2018:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the parties' stipulation of dismissal [25] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice. Status hearing set for 10/30/18 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.